IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA TRUCHON SAWLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17CV624-GMB |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) ) ) | [wo] |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) With respect to all claims in this action against Defendant Nancy A. Berryhill, judgment is ENTERED in favor of Defendant Nancy A. Berryhill and against Plaintiff Tina Truchon Sawls, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED as paid.

(3) The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 3rd day of December, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE